In the Matter of ADIRONDACK LEAGUE CLUB, Appellant, against BOARD OF BLACK RIVER REGULATING DISTRICT et al., Respondents.

In the Matter of ADIRONDACK MOOSE RIVER COMMITTEE, INC., et al., Appellants, against BOARD OF BLACK RIVER REGULATING DISTRICT et al., Respondents.

Submitted January 3, 1950; decided January 5, 1950.

*Charles H. Tuttle, Edward Schoeneck, John R. Brook* and *Sanford D. Stockton, Jr.,* for Adirondack League Club, for motion.

*Wright Tisdale* and *Milo R. Kniffen* for Adirondack Moose River Committee, Inc., in support of motion.

No one opposed.

Motions for leave to appeal denied on the ground that the appeals lie as of right upon a constitutional question. (Civ. Prac. Act, § 588, subd. 1, cl. [a].) All relevant questions of law may be argued. (*Powers* v. *Porcelain Insulator Corp.,* 285 N. Y. 54, 57; *Bogart* v. *County of Westchester,* 295 N. Y. 934; *Estin* v. *Estin,* 296 N. Y. 828.)